Form osc1006 – osclr1006v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 18−20327−ABA
                              Chapter: 13
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natasha A Emmons
   2533 Fire Rd.
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−6757

Employer's Tax I.D. No.:

---

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO COMPLY WITH
D.N.J. LBR 1006−1, PAYMENT OF FILING FEES IN INSTALLMENTS**

   The Court having noted that the debtor filed a petition on May 22, 2018, and has failed to comply with the Court?s local rule, D.N.J. LBR 1006−1, Payment of Filing Fees in Installments as noted below:

☐    Debtor has not paid the filing fee in the amount of $310.00 in full at the time of the filing of the petition.

☐    Debtor has not submitted an Application for Individuals to Pay the Filing Fee in Installments.

☑    Debtor has submitted an Application for Individuals to Pay the Filing Fee in Installments, but has not paid with the petition the first installment payment in an amount equal to at least 25% of the filing fee.

   It is hereby

   ORDERED that the following document and/or fee must be submitted to the Clerk on or before 6/5/18 or the case will be dismissed.

☐    Full filing fee in the amount of $310.00

☐    Application for Individuals to Pay the Filing Fee in Installments

☑    Initial installment payment in the amount of $ 77.50

☐    Balance of initial installment payment due in compliance with D.N.J. LBR 1006−1, in the amount of $

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 6/5/18.

   If an objection or request for a hearing is filed, you or your attorney must appear at a hearing to be held before the Honorable Andrew B. Altenburg Jr. on

Date: June 12, 2018
Time: 10:00 am
Location: Courtroom 4B

Address:  Mitchell H. Cohen Courthouse
1 John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08101–2067

Dated: May 22, 2018
JAN: amg

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Natasha A Emmons  
      Debtor

Case No. 18-20327-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin      Page 1 of 1      Date Rcvd: May 22, 2018  
                     Form ID: osc1006    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.  
db          +Natasha A Emmons,    2533 Fire Rd.,    Egg Harbor Township, NJ 08234-5650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:36      United States Trustee,  
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
               Newark, NJ 07102-5235  
                                                                                                                                     TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:  
            Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 2